**ROANNE L. MANN**                     **DATE:**   **June 10, 2020**
**UNITED STATES MAGISTRATE JUDGE**     **START:**  **12:00 p.m.**
                                       **END:**    **12:30 p.m.**

**DOCKET NO:**   20-cv-376 (RLM)
**CASE:**        Foo v. E Capital Funding LLC. et al

- ☐ INITIAL CONFERENCE          ☒ OTHER/*CHEEKS* HEARING
- ☐ DISCOVERY CONFERENCE        ☐ FINAL/PRETRIAL CONFERENCE
- ☐ SETTLEMENT CONFERENCE       ☐ TELEPHONE CONFERENCE
- ☐ MOTION HEARING              ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Justin Heiferman, Carter Qi |
| | |
| | |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Darren Marks, Ndukwe Agwu |
| | |
| | |

- ☐ FACT DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing and concludes that the settlement amount is fair and reasonable and was reached through arms-length negotiations.  For the reasons stated on the record, the Court approves the settlement, subject to the parties filing a stipulation that provides that the settlement agreement's confidentiality provisions do not apply to the settlement of the FLSA claims.   The parties consent to modification of the stipulation of dismissal, as discussed.