**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIA YI FOO *et al.* | Case No.: 20-cv-00376 (RLM) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF** |
| | **DISMISSAL WITH PREJUDICE** |
| E CAPITAL FUNDING LLC, YA DONG LIU, | |
| PEI JIAN CHI, AND LI HUA ZHANG, | |
| | **SO ORDERED** |
| Defendants. | |
| | __/s/_____ |
| | Hon. Roanne L. Mann |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This dismissal is with the right to reopen within sixty days if the settlement is not consummated.

This stipulation may be executed in counterparts and each counterpart shall, for all purposes, be deemed to be an original and in full force and effect and all such counterparts shall together constitute one and the same document. A signed .pdf copy shall, for all purposes, be deemed an original and in full force and effect.

Dated: New York, New York
        June 3, 2020

HEIFERMAN & ASSOCIATES, PLLC          Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
*Attorneys for the Plaintiff*          *Attorneys for Defendants*


By: _____     _____
    Justin C. Heiferman, Esq.          Darren R. Marks
    136-20 38th Ave. Suite 3A1-105     Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
    Flushing, New York 11354           377 Broadway, 6th Floor
    Tel: (718) 888-9545                New York, New York 10013
                                       Main: (212) 431-1300